1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   MARVIN HARRIS,                          1:14-cv-00190-JLT (PC)

12              Plaintiff,                    ORDER TRANSFERRING CASE TO THE
                                              NORTHERN DISTRICT OF CALIFORNIA
13        v.

14   J. MCCALL, et al.,

15              Defendant.

16        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17   U.S.C. § 1983.

18        The federal venue statute requires that a civil action, other than one based on diversity

19   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

20   defendants reside in the same state, (2) a judicial district in which a substantial part of the events

21   or omissions giving rise to the claim occurred, or a substantial part of the property that is the

22   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

23   there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

24        In this case, none of the defendants reside in this district.  The claim arose in Monterey

25   County, which is in the Northern District of California.  Therefore, plaintiff's claim should have

26   been filed in the United States District Court for the Northern District of California.  In the

27   interest of justice, a federal court may transfer a complaint filed in the wrong district to the

28

correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:  **February 13, 2014**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE