IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>      Plaintiff,<br><br>  v.<br><br>J. McCALL, et al.,<br><br>      Defendants. | Case No.: C 14-0952 CW (PR)<br><br>ORDER DIRECTING DEFENDANTS TO RESEND MOTION TO PLAINTIFF'S CURRENT ADDRESS |

    Plaintiff, a state prisoner incarcerated at New Folsom State Prison (NFSP), has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by employees at Salinas Valley State Prison (SVSP), where he was formerly incarcerated.  On April 4, 2014, the Court issued an Order of Service.  On June 11, 2014, Defendants filed a motion, under 28 U.S.C. § 1915(g), to revoke Plaintiff's in forma pauperis (ifp) status.  This motion was mailed to Plaintiff at his SVSP address.  Plaintiff's opposition, which was due on July 9, 2014, has not been filed.

    The Court notes that, on June 30 and July 8, 2014, Plaintiff filed a notice of change of address informing the Court and Defendants that he is now housed at NFSP.  It is possible that Plaintiff has not opposed Defendants' motion because he has not received it due to his change of address.  Therefore, Defendants are directed to send their motion to Plaintiff at his current NFSP

address.  Plaintiff's opposition is due twenty-eight days after Defendants serve him at his current address.  Defendants shall file their reply fourteen days after Plaintiff files his opposition.

IT IS SO ORDERED.

Dated: 8/18/2014

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE