UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. MC CALL, et al.,<br><br>    Defendants. | Case No.  14-cv-00952-CW (PR)<br><br>JUDGMENT |

Pursuant to the Court's October 3, 2014 order dismissing this case pursuant to 28 U.S.C. § 1915(g), a judgment of dismissal without prejudice is hereby entered.

The Clerk of the Court shall close the file.  The parties shall each bear their own costs.

IT IS SO ORDERED.

Dated:  October 9, 2014

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE